

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00393-CR

Asel **ABDYGAPPAROVA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CR4918A
Honorable Ron Rangel, Judge Presiding

## O R D E R

The reporter's record was originally due to be filed in this appeal on July 2, 2014. Ms. Amy Hinds was previously granted an additional thirty days in which to file the record, extending the deadline to August 1, 2014. The record has not been filed.

It is therefore ORDERED that Ms. Amy Hinds file the record in this court no later than August 25, 2014. If the record is not received by such date, an order may be issued directing Ms. Hinds to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Hinds by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Ron Rangel, Judge of the 379th Judicial District Court.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court